In the Matter of the Judicial Settlement of the Account of HELEN EDNA McLAUGHLIN, as Trustee of the Last Will and Testament of WILLIAM W.

McLaughlin, Deceased.— Motion for leave to appeal to the Court of Appeals from order of this court entered September 3, 1940, in so far as it affirmed the decree of the Surrogate's Court, New York County, dated November 8, 1939, granted. [See *ante*, p. 43.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.